```
                                        FILED
                                 U.S. DISTRICT COURT
                                   SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

`2019 APR -3 PM 4:28`

CR119-0047

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| | ) | 21 U.S.C. § 846 |
| V. | ) | Conspiracy to Possess With |
| | ) | Intent to Distribute and to |
| WALKER CHRISTIAN FORRESTER | ) | Distribute Controlled |
| | ) | Substances |
| KOLBIE HADDEN WATTERS | ) | |
| | ) | 21 U.S.C. § 856(a)(1) |
| JONATHAN BRITT LESTER | ) | Using Or Maintaining A Drug |
| | ) | Premises |
| ARMAND SANANDA SAEDI | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| LARRY OVERTON | ) | Possession With Intent to |
| | ) | Distribute Controlled |
| MORGAN MCKENZIE SLATON | ) | Substances |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Crime |
| | ) | |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | Possession of an Unregistered |
| | ) | Firearm |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | Conspiracy To Commit Money |
| | ) | Laundering |
| | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

1

Count 1:    Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances –
            21 U.S.C. § 846

WALKER CHRISTIAN FORRESTER,
KOLBIE HADDEN WATTERS, and
JONATHAN BRITT LESTER

21 U.S.C. § 841 (b)(1)(A)

- Not less than ten (10) years of imprisonment nor more than life
- Not more than a $10,000,000 fine;
- Not less than five (5) years of supervised release
- $100 special assessment

ARMAND SANANDA SAEDI
LARRY OVERTON
MORGAN MCKENZIE SLATON

21 U.S.C. § 841 (b)(1)(D)

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not less than one (1) year of supervised release
- $100 special assessment

Count 2:    Using Or Maintaining A Drug Premises
            21 U.S.C. § 856(a)(1)

- Not more than twenty (20) years of imprisonment
- Not more than a $500,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

2

Count 3:   Possession with Intent to Distribute Controlled Substances
21 U.S.C. § 841 (a)(1)
21 U.S.C. § 841 (b)(1)(D)

- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not less than one (1) year of supervised release
- $100 special assessment

Count 4:   Possession of Firearms in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 924(c)

- Not less than ten (10) years of imprisonment consecutive to any other sentence imposed;
- Not more than a $250,000 fine;
- Not more than five (5) years of supervised release
- $100 special assessment

Count 5:   Possession of an Unregistered Firearm
26 U.S.C. § 5861

- Not less than ten (10) years of imprisonment;
- Not more than a $10,000 fine;
- Not more than three (3) years of supervised release
- $100 special assessment

Count 6: Conspiracy to Commit Money Laundering
18 U.S.C. § 1956(h)

- Not more than twenty (20) years of imprisonment;
- Fine of not more $500,000 or twice the value of the property involved in the transaction, whichever is greater
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Patricia G. Rhodes

Patricia G. Rhodes
Deputy Chief, Criminal Division
Assistant United States Attorney
GA Bar Number 307288